UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAROLS ABREU,

                              *Plaintiff,*

-against-

LASHWAY, *et al,*

                              *Defendants.*

**STIPULATION OF DISCONTINUANCE AND DISMISSAL**

08-CV-01109

TJM/DEP/VEB [Mediation]

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, plaintiff *pro se*, Carlos Abreu, and the attorneys for defendants, parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is withdrawn in its entirety and dismissed with prejudice as to all defendants pursuant to Fed. R. Civ. P. 41 (a)(1).

Dated: Comstock, New York
       December 8, 2009

                              Carlos Abreu, 99-A-3027
                              Plaintiff *pro se*
                              Great Meadow Correctional Facility
                              P.O. Box 51
                              Comstock, NY 12821

Dated: Comstock, New York
       December 8, 2009

                              ANDREW CUOMO
                              Attorney General of the State of New York
                              Attorney for Defendants
                              The Capitol
                              Albany, New York 12224-0341

                              By:
                              Bruce J. Boivin

1

Assistant Attorney General, of Counsel
Bar Roll No. 507894
Telephone: 518-473-5093
Email: Bruce.Boivin@oag.state.ny.us

Dated:   Comstock, New York
         December 8, 2009

SO ORDERED:

HON. VICTOR E. BIANCHINI
VISITING UNITED STATES MAGISTRATE JUDGE